664

No. 990.  HALL *v.* UNITED STATES.  April 6, 1942.  Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert Ash* for petitioner.  *Solicitor General Fahy* for the United States.

No. 994.  FOWLER *v.* PILSON ET AL.  April 6, 1942.  Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.  *Messrs. S. Wallace Dempsey* and *Bruce Fuller* for petitioner.  *Mr. Arthur Hellen* for respondents.

No. 996.  NORTHERN MINING CORP. *v.* TRUNZ.  April 6, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Leon R. Jacobs* for petitioner.  *Messrs. William A. Kirk, R. F. Gaines,* and *Nat Schmulowitz* for respondent.

No. 998.  NILES FIRE BRICK Co. *v.* NATIONAL LABOR RELATIONS BOARD.  April 6, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. Paul Z. Hodge* and *George W. Secrest* for petitioner.  *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 1007.  LANGROISE, EXECUTOR, *v.* CUMMINGS, TRUSTEE.  April 6, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. D. Worth Clark* and *William H. Langroise* for petitioner.  *Messrs. Oliver O. Haga* and *T. Pope Shepherd* for respondent.